IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GINA L. WILSON,                          *

      Petitioner               *

vs.                                      *

                                  CASE NO. 3:07-CV-04 (CDL)

THE STATE OF GEORGIA,                    *

      Respondent               *

_____         *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 16, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 11th day of February, 2008.


                                    S/Clay D. Land
                                      CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE